CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 26 2012

JULIA C. DUDLEY, CLERK
BY:
      DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| REGINALD MIMMS, | ) Case No. 7:12CV00125 |
| | ) Case Nos. 7:00CR00022; 7:99CR00048 |
| Petitioner, | ) |
| | ) **FINAL ORDER** |
| vs. | ) |
| | ) |
| J. GRONDOLSKY, WARDEN, | ) By: James C. Turk |
| | ) Senior United States District Judge |
| Respondent. | ) |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

as follows:

1. The petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2241 is **CONSTRUED** as a motion to vacate, set aside or correct the sentence under 28 U.S.C. § 2255;

2. The Clerk is **DIRECTED** to redocket the defendant's pro se submission (ECF No. 1) as a Motion to Vacate, Set Aside or Correct Sentence, pursuant to 28 U.S.C. § 2255 in Case Nos. 7:00CR00022 and 7:99CR00048;

3. The § 2255 motions are hereby **DENIED** without prejudice as successive;

4. The § 2255 motions are stricken from the active docket of the court; and

5. A Certificate of Appealability is **DENIED**.

and this action is stricken from the active docket of the court..

ENTER: This 26th day of March, 2012.

_____
Senior United States District Judge